

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00490-CV

Joann **MARTINEZ**,
Appellant

v.

Winston **BLAKE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV01545
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of this appeal are assessed against appellant, Joann Martinez, because she is indigent.

SIGNED October 11, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice